```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAURENCE CERRETANI,

        Plaintiff,

  -against-

BEDFORD CENTRAL SCHOOL DISTRICT,

        Defendant.
------------------------------------------------------------X

CIVIL JUDGMENT

11 Civ. 2502 (LAP)

    Pursuant to the order issued __MAY 3 1 2011__ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

    ORDERED, ADJUDGED AND DECREED: That the Complaint is dismissed for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

*Loretta A. Preska* (signature)
LORETTA A. PRESKA
Chief United States District Judge

Dated: MAY 3 1 2011
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY PRO SE OFFICE ON 5/31/11